IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LESLIE H. GAGE,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIT MANAGEMENT, LP,<br><br>  Defendant. | Case No. 3:20-cv-03752-K |

## STIPULATION OF DISMISSAL WITH PREJDUICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Leslie H. Gage, and Defendant, Credit Management, LP, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: May 21, 2021                                      Respectfully submitted,

*/s/ Marwan R. Daher*                                    */s/ Xerxes Martin (with consent)*
Marwan R. Daher, Esq.                                    EUGENE XERXES MARTIN, IV
Sulaiman Law Group, Ltd.                                 Texas State Bar No. 24078928
2500 S. Highland Ave., Ste. 200                          Email: xmartin@mamlaw.com
Lombard, Illinois 60148                                  MALONE FROST MARTIN PLLC
Phone: (630) 575-8181                                    Northpark Central, Suite 1850
Fax: (630) 575-8188                                      8750 North Central Expressway
mdaher@sulaimanlaw.com                                   Dallas, Texas 75231
**COUNSEL FOR PLAINTIFF**                                TEL: (214) 346-2630
                                                         FAX: (214) 346-2631
                                                         **COUNSEL FOR DEFENDANT**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                         */s/ Marwan R. Daher*
                                         Marwan R. Daher